998

No. 80–1230. NEWMAN ET AL., CO-EXECUTRIXES v. COMMISSIONER OF INTERNAL REVENUE. C. A. 5th Cir. Certiorari denied.

No. 80–1232. THILL SECURITIES CORP. ET AL. v. NEW YORK STOCK EXCHANGE ET AL. C. A. 7th Cir. Certiorari denied.

No. 80–1238. CAROTHERS ET AL. v. RICE ET AL. C. A. 6th Cir. Certiorari denied.

No. 80–1241. BINKOWSKI v. MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 80–1242. MISSOURI PACIFIC RAILROAD Co. v. ALCORN. Ct. Civ. App. Tex., 14th Sup. Jud. Dist. Certiorari denied.

No. 80–1250. BROWN v. BROWN ET AL. Sup. Ct. La. Certiorari denied.

No. 80–1255. FIRESTONE v. FLORIDA. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 80–1259. VON BARTA v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 80–1263. DUNIVANT ET AL. v. GEORGIA. Ct. App. Ga. Certiorari denied.

No. 80–1272. COUNTY OF SAN MATEO ET AL. v. CANTWELL. C. A. 9th Cir. Certiorari denied.

No. 80–1273. MCILROY ET AL. v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 80–1283. THORNTON v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.